UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAM BOYKINS, and LASHAE BRAXTON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, AMIR ADIEH, MICHAEL MARTINEZ, UNKNOWN SDPD OFFICERS<br><br>Defendants. | Case No.: 21-CV-1812 JLS (AHG)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |
|---|---|

Presently before the Court is Plaintiffs William Boykins and Lashae Braxton's Complaint (ECF No. 1). The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated: October 27, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge