UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BOYKINS and LASHAE BRAXTON,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, AMIR ADIEH, and MICHAEL MARTINEZ,<br><br>                                    Defendants. | Case No.:  3:21-cv-01812-AJB-AHG<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court held an Early Neutral Evaluation ("ENE") in this case before Magistrate Judge Allison H. Goddard on October 5, 2022. ECF No. 23. Although the case did not settle at the ENE, Judge Goddard issued a Mediator's Proposal thereafter in attempt to facilitate settlement. The Court stayed the Case Management Conference ("CMC") pending the parties' response to the proposal. The Mediator's Proposal was not accepted. Accordingly, the CMC is hereby **RESET** to **November 3, 2022** at **3:00 p.m.** before Judge Goddard.

The CMC will be attorneys-only and telephonic. Counsel for each side shall call the chambers teleconference line at 1-877-873-8018 and use 8367902 as the access code to

join the conference.

The parties previously filed their Joint Case Management Statement on September 28, 2022 (ECF No. 22) and are not required to submit an updated statement prior to the CMC.

**IT IS SO ORDERED.**

Dated: November 1, 2022

Honorable Allison H. Goddard
United States Magistrate Judge